No. 1224. MOTOR HAULAGE Co., INC. *v.* UNITED STATES ET AL.

April 28, 1947. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Parker McCollester* for appellant. *Acting Solicitor General Washington, Daniel W. Knowlton* and *J. Stanley Payne* for the United States et al., appellees. *H. Lauren Lewis* for the Regular Common Carrier Conference, American Trucking Associations, appellee.